In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00179-CR**
**NO. 09-16-00180-CR**
_____

**MOSHEER HUSSEIN RASHID, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 15-07-06714-CR, 15-07-06789-CR**

**MEMORANDUM OPINION**

Mosheer Hussein Rashid has filed a motion to dismiss his appeals. *See* Tex. R. App. P. 42.2. A request to dismiss the appeals is signed by appellant personally and joined by counsel of record. No opinion has issued in these appeals. The motion is granted, and the appeals are therefore dismissed.

1

APPEALS DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 26, 2016
Opinion Delivered July 27, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.